IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

---

No. 99-31203

Summary Calendar

---

GERALDINE RATLIFF

Plaintiff-Appellant

versus

RICHARD STALDER, etc; ET AL

Defendants

STATE OF LOUISIANA, Through the Department of Public Safety and Corrections

Defendant-Appellee

---

Appeal from the United States District Court
For the Eastern District of Louisiana
USDC No. 98-CV-2225-N

---

June 26, 2000

Before HIGGINBOTHAM, DeMOSS, and STEWART, Circuit Judges.

PER CURIAM:[*]

Geraldine Ratliff appeals from the district court's grant of Appellees' motion for summary judgment. We review *de novo* the disposition of a motion for summary judgment. *See Byers v. Dallas Morning News*, 209 F.3d 419, 424 (5th Cir. 2000). We agree with the

---

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

district court that Ratliff failed to present evidence to create a factual issue that her former employer's proffered reason for her termination was pretext for discrimination or that she engaged in protected activity as required for her retaliation claim.

AFFIRMED.